UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 19-01210-SHK | Date: | October 9, 2019 |
| Title: | *Frank Mora v. Nancy A. Berryhill* | | |

Present: The Honorable Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS): ORDER TO SHOW CAUSE RE: JOINT STIPULATION**

      On February 18, 2019, Plaintiff filed a Complaint seeking judicial review of a decision of the Commissioner of Social Security. On February 20, 2019, the Court issued its Case Management Order ("CMO") in which the parties were ordered to cooperate in the preparation of a joint submission and file their final joint stipulation. The joint stipulation was due on or before October 2, 2019. To date, the joint stipulation has not been filed with the Court.

      Accordingly, no later than **October 18, 2019,** the parties are ordered to show cause why this case should not be dismissed for failure to prosecute. Filing the joint stipulation by October 18, 2019, shall be deemed compliant with this Order to Show Cause.

**IT IS SO ORDERED**