LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 796-4560
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

FRANK MORA,

    Plaintiff,

v.

ANDREW SAUL, Commissioner of Social Security,

    Defendant.

No. 2:19-cv-01210-SHK

[PROPOSED] ORDER AWARDING EAJA FEES

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of FOUR THOUSAND TWO HUNDRED SEVENTY-TWO DOLLARS AND 08/100 ($4,272.08) subject to the terms of the stipulation.

DATE: 11/20/19      _____

                               HON. SHASHI H. KEWALRAMANI,
                               UNITED STATES MAGISTRATE JUDGE